Commonwealth *v*. Wheeler, Appellant.

Argued April 10, 1974. *Larry P. Gaitens,* with him *Wendell G. Freeland,* and *Lucchino, Gaitens & Hough,* for appellant; *Louis R. Paulick,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v*. Williams, Appellant.

Argued April 9, 1974. *Ernest P. DeHaas,* with him *Fred C. Adams,* and *Coldren & Adams,* for appellant; *Conrad B. Capuzzi,* Assistant District Attorney, with him *Lawrence D. McDaniel,* Acting District Attorney, for Commonwealth, appellee.

Order affirmed.